IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Civil Action No. _____ |
| Plaintiff, | |
| v. | Rule 7.1 Statement |
| RINCON HAVANERO, INC.. d/b/a RINCON HAVANERO RESTAURANT and JOAQUIN RUBI, | |
| Defendants, | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for J & J Sports Productions, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Date: June 20, 2007                                 /s/ Paul J. Hooten
                                                    Signature of Attorney
                                                    Paul J. Hooten, Esq.
                                                    Attorney Bar Code: PJH9510