```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK              Index No.07CV5932
_____
J & J SPORTS PRODUCTIONS, INC.
                Plaintiff
```

against

**STIPULATION
DISCONTINUING
ACTION**

RINCON HAVANERO, INC.
JOAQUIN RUBI

                Defendant
_____

**IT IS HEREBY STIPULATED AND AGREED**, by  the attorney of record for the

Plaintiff  to the above entitled action, that whereas no party hereto is an infant, incompetent

person for whom a committee has been appointed or conservatee and no person not a party has

an interest in the subject matter of the action, the above entitled action be, and the same hereby

is discontinued, against Joaquin Rubi ONLY without costs to either party as against the other.

This stipulation may be filed without further notice with the Clerk of the Court.

Dated: 2/18/2008

/s/ Paul J. Hooten
Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY  11766
(631) 331-0547

**SO ORDERED:**

_____
Loretta A. Preska
United States District Judge