COUNTY OF            Index No. 07CV5932 (LAP)     PRESKA, J.

J & J SPORTS PRODUCTIONS, INC.
      Plaintiff

against

RINCON HAVANERO, INC.
JOAQUIN RUBI
      Defendant

STIPULATION DISCONTINUING ACTION AS TO SOAQUIN RUBI ONLY

**IT IS HEREBY STIPULATED AND AGREED**, by the undersigned, the attorney of record for the Plaintiff, in the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued on Joaquin Rubi ONLY without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: February 8, 2008

Paul J. Hooten, Esq.
Attorney for Plaintiff
5505 Nesconset Highway
Mt. Sinai, NY 11766
(631) 331-0547

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08
```

SO ORDERED:

SO ORDERED:
Loretta A. Preska    February 14, 2008
LORETTA A. PRESKA, U.S.D.J.

Loretta A. Preska
United States ~~Bankruptcy~~ District Judge

