UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                     Plaintiff          07 CV 5932

  -AGAINST-

RINCON HAVANERO INC.
d/b/a RINCON HAVANERO RESTAURANT
and JOAQUIN RUBI         **AFFIDAVIT FOR JUDGMENT**
                                  **BY DEFAULT**
                     Defendant
-----------------------------------------------------X

STATE OF NEW YORK    )
                            )    ss:
COUNTY OF NEW YORK  )

    Paul J. Hooten, being duly sworn, deposes and says:

  I am a member of the Bar of this Court and am associated with the

firm of Paul J. Hooten & Associates, attorney for plaintiff in the above-entitled action and I am

familiar with all the facts and circumstances in this action.

    1.  I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil

Rules for the Southern District of New York, in support of plaintiffs application for the entry of a

default judgment against defendant.

    2.    This is an action to recover the unauthorized exhibition of the telecast

of the June 25, 2005, boxing match between Gatti and Mayweather by the defendant.  See

attached summons and complaint attached hereto as Exhibit "A".

    3.  This action was commenced on June 21**,** 2007 by the filing of the summons and

complaint.  A copy of the summons and complaint was served on the defendant Rincon

Havanero Inc. d/b/a Rincon Havanero Restaurant on August 24, 2007 by service on Donna

Christie, Clerk Authorized to Accept in the office of the Secretary of State of New York. The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

4. This action seeks judgment in the amount of $20,000.00, plus interest at 9% from June 25, 2005, amounting to $4,800.00, plus costs and disbursements of this action in the amount of $470.00 amounting in all to $25,270.00.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: Mt. Sinai, New York
       February 18, 2008

/s/ Paul J. Hooten
Paul J. Hooten (PJH9510)

Sworn to before me this
18th day of February, 2008

/s/ Cheryl E. Lorefice
Notary Public

Cheryl E. Lorefice
Notary Public, State of New York
No. 4999823
Qualified in Suffolk County
Commission Expires August 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                Plaintiff         07 CV 5932

  -AGAINST-

RINCON HAVANERO INC.
d/b/a RINCON HAVANERO RESTAURANT
and JOAQUIN RUBI                **STATEMENT OF DAMAGES**

               Defendant
-----------------------------------------------------X


Amount of judgment ........................……………………    $20,000.00

Interest at 9% from June 25, 2005 through February, 2008 ........    .$ 4,800.00

Costs and Disbursements:

Clerk's fee …………………………………………………    $   350.00
Process Server fee for service …………………………………..    $   120.00


Total as of November 20, 2006................................................……    $25,270.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                    Plaintiff         07 CV 5932

  -AGAINST-

RINCON HAVANERO INC.
d/b/a RINCON HAVANERO RESTAURANT
and JOAQUIN RUBI         **CERTIFICATE OF SERVICE**

                    Defendant
-----------------------------------------------------X

I certify that a copy of the Default Judgment, Affidavit for Judgment by Default, and

Statement of Damages was sent via U.S. Postal Service, postage prepaid, first class mail,

addressed to the following on February 18, 2008:

Rincon Havanero Inc.
d/b/a Rincon Havanero Restaurant
463 E. Tremont Drive
Bronx, NY 10457

                    By:   /s/ Paul J. Hooten
                            Paul J. Hooten, Esquire
                            Attorney for Plaintiff
                            5505 Nesconset Highway, Suite 203
                            Mt. Sinai, NY 11766
                            Telephone (631) 331-0547