USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                              Plaintiff          CIVIL NO. 07-CV-5932

-AGAINST-

RINCON HAVANERO INC.
d/b/a RINCON HAVANERO RESTAURANT
and JOAQUIN RUBI                  **DEFAULT JUDGMENT**

                             Defendant
------------------------------------------------------X

This action having been commenced on June 21, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Rincon Havanero Inc, d/b/a Rincon Havanero Restaurant on August 24, 2007, and a proof of service having been filed on September 6, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired. The Clerk also noted the defendant's default on February 5, 2008, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from June 25, 2005, amounting to $4,800.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $25,270.00.

Dated: New York, New York
         February 25, 2008

                                         Loretta A. Preska
                                         United States District Judge

                                         This document was entered on the docket
                                         on _____